IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA        *

vs.                             *
                                                   CASE NO. 4:05-CR-9 (CDL)
MICHAEL TEASLEY,                *

    Defendant            *

## O R D E R

On September 15, 2009, the Court received Defendant's Motion to Clarify Sentence in which he requests that the Court advise the Bureau of Prisons that his entire federal sentence be served concurrently with a state sentence he served as imposed in the Superior Court of Harris County, Georgia.

The above named Defendant was sentenced by this Court on August 11, 2005 for the charges of distribution of methamphetamine and possession of a firearm during a drug trafficking crime. He was sentenced on the methamphetamine charge to thirty-seven months and the Court granted that this portion of the sentence was to be served concurrently with the undischarged state sentence. The firearm charge, however was ordered to be served consecutively. Title 18 U.S.C. § 924(c) requires that "no term of imprisonment imposed under this subsection shall run concurrently to any other term of imprisonment imposed on the person." Accordingly, the Bureau of Prisons has correctly computed his sentence and the Motion to Clarify Sentence is denied.

IT IS SO ORDERED, this 29th day of September, 2009.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE